# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Donte Johnson,<br><br>　　　Petitioner<br><br>v.<br><br>Timothy Filson, et al.,<br><br>　　　Respondents | Case No.: 2:18-cv-00740-JAD-NJK<br><br>**Order Granting in Part Application to Proceed *In Forma Pauperis* and Appointing Counsel**<br><br>[ECF Nos. 1, 4] |

　　　Petitioner Donte Johnson was sentenced to death after he was convicted by a jury of four counts of first-degree murder while using a deadly weapon.[1] He now petitions for a writ of habeas corpus.[2] I have reviewed his petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and I find it worthy of service upon the respondents.

　　　He also applies to proceed *in forma pauperis*[3] and requests appointed counsel.[4] Johnson's financial records show that he can pay the $5.00 filing fee, so I decline to waive the filing-fee requirement. It does appear, however, that Johnson lacks the resources necessary to employ counsel for this capital habeas corpus action, so I grant him pauper status for all other purposes in this case, and I appoint counsel to represent him.

　　　Accordingly, IT IS HEREBY ORDERED that Johnson's application to proceed *in forma pauperis* **[ECF No. 1]** is **GRANTED in part and DENIED in part.** Johnson is granted leave to proceed *in forma pauperis*, but he **has until May 28, 2018, to pay the $5.00 filing fee.**

　　　IT IS FURTHER ORDERED that Johnson's motion for appointment of counsel **[ECF No. 4] is GRANTED**. The Federal Public Defender for the District of Nevada is appointed to represent Johnson. The Federal Public Defender will have **until May 28, 2018,** to file a notice of

---

[1] ECF No. 2 at 3; Nev. Dep't of Corr. (Apr. 25, 2018) http://doc.nv.gov/Inmates/Home/ (inmate search by name Donte Johnson or offender ID 66858).

[2] ECF No. 2.

[3] ECF No. 1.

[4] ECF No. 4.

1

appearance as counsel or to file a notice indicating its inability to represent Johnson in these proceedings.

The **Clerk of Court** is directed **electronically SERVE a copy of this order on the Federal Public Defender** for the District of Nevada.  The **Clerk of Court** is also directed to **ADD Adam Paul Laxalt**, Attorney General of the State of Nevada, as counsel for respondents.

Finally, the **Clerk of Court** is directed to **electronically SERVE** upon respondents **a copy of Johnson's petition (ECF No. 2) and a copy of this order.**  Respondents have **until May 28, 2018, to enter a notice of appearance**, but no further action in this case is required unless the Court order otherwise.

Dated: April 26, 2018

_____
U.S. District Judge Jennifer A. Dorsey