UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONTE JOHNSON,<br><br>            Petitioner<br>v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>            Respondents | Case No. 2:18-cv-00740-JAD-NJK<br><br>**Order Extending Time**<br><br>[ECF No. 10] |

      On August 10, 2018, the petitioner in this capital habeas corpus action, Donte Johnson, filed a motion for an extension of time (ECF No. 10), requesting a 132-day extension of time, to December 20, 2018, to file his first amended habeas petition. This would be the first extension of this deadline. Petitioner's counsel states that the extension of time is necessary because of his obligations in other cases, and because of the complexity of this case. Respondents do not oppose the motion for extension of time.

      The Court finds that petitioner's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. Accordingly, IT IS THEREFORE ORDERED that petitioner's Motion for Extension of Time **[ECF No. 10] is GRANTED**; petitioner has until **December 20, 2018**, to file his first amended habeas petition. In all other respects, the schedule set forth in the order entered June 11, 2018 [ECF No. 9] remains in effect.

      Dated: September 16, 2018

                                                      _____
                                                      U.S. District Judge Jennifer A. Dorsey