**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Donte Johnson, | Case No. 2:18-cv-00740-JAD-NJK |
| Petitioner | |
| v. | **Order Granting Motion to Extend Time** |
| William Gittere, *et al.,* | [ECF No. 45] |
| Respondents | |

    Petitioner Donte Johnson, represented by appointed counsel, was due to file a second amended petition for writ of habeas corpus by August 12, 2024.[1] Johnson moves to extend that deadline by 91 days, to November 11, 2024.[2] This would be the first extension of this deadline. Johnson's counsel states that this extension is necessary because of their obligations in other cases, and that the respondents do not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay. So, with good cause appearing,

    IT IS ORDERED that petitioner's motion to extend time **[ECF No. 45] is GRANTED. Petitioner's deadline to file a second amended petition for writ of habeas corpus is extended to November 11, 2024.**

                                                                               U.S. District Judge Jennifer A. Dorsey
                                                                                                  August 13, 2024

---

[1] *See* ECF No. 44.

[2] ECF No. 45.