**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Donte Johnson,<br><br>　　Petitioner<br><br>v.<br><br>William Gittere, *et al.,*<br><br>　　Respondents | Case No. 2:18-cv-00740-JAD-NJK<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 47] |

　　Petitioner Donte Johnson, represented by appointed counsel, was due to file a second amended petition for writ of habeas corpus by November 12, 2024.[1] Johnson moves to extend that deadline by 30 days, to December 12, 2024.[2] This would be the second extension of this deadline as I previously granted Johnson a 91-day extension.[3] Johnson's counsel states that this further 30-day extension is necessary because of obligations in other cases, and that the respondents do not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay. So, with good cause appearing,

　　IT IS ORDERED that petitioner's motion to extend time **[ECF No. 47] is GRANTED**. **Petitioner's deadline to file a second amended petition for writ of habeas corpus is extended to December 12, 2024.**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　November 13, 2024, *nunc pro tunc to*
　　　　　　　　　　　　　　　　　　　　　　　　　November 12, 2024

---

[1] *See* ECF Nos. 44, 46 (November 11 was a Sunday).
[2] ECF No. 47.
[3] ECF No. 46.

1