**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Donte Johnson, | Case No. 2:18-cv-00740-JAD-NJK |
| Petitioner | |
| v. | **Order Granting Motion to Extend Time** |
| Jeremy Bean, *et al.*, | [ECF No. 52] |
| Respondents | |

Petitioner Donte Johnson, represented by appointed counsel, filed a second amended petition for writ of habeas corpus on December 12, 2024.[1] The respondents were then due to file an answer or other response to Johnson's second amended petition by March 12, 2025.[2] Respondents move to extend that deadline by 47 days, to April 28, 2025.[3] Respondents' counsel states that this extension is necessary because of obligations in other cases, and that Johnson does not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay. So, with good cause appearing,

IT IS ORDERED that respondents' motion to extend time **[ECF No. 52] is GRANTED**. Respondents' **deadline to file an answer or other response to the second amended petition for writ of habeas corpus is extended to April 28, 2025.**

IT IS FURTHER ORDERED that Jeremy Bean is substituted for William Gittere as the respondent warden under Federal Rule of Civil Procedure 25(d); Aaron D. Ford is substituted for Adam Paul Laxalt as the respondent Attorney General of the State of Nevada; and Terry Royal is terminated as a respondent. The Clerk of the Court is directed to update the docket accordingly.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 11, 2025

---

[1] ECF No. 51.

[2] *See* ECF No. 44.

[3] ECF No. 52