**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Donte Johnson,

    Petitioner

    v.

Jeremy Bean, *et al.,*

    Respondents

Case No. 2:18-cv-00740-JAD-NJK

**Order Granting Motion to Extend Time**

[ECF No. 54]

      Petitioner Donte Johnson, represented by appointed counsel, filed a second amended petition for writ of habeas corpus on December 12, 2024.[1]  After a 90-day initial period and a 47-day extension of time, respondents were due to file an answer or other response to Johnson's second amended petition by April 28, 2025.[2]  Respondents move to extend that deadline by another 60 days, to June 27, 2025.[3]  Respondents' counsel states that this extension is necessary because of obligations in other cases and that Johnson does not oppose the request.  I find that the request is made in good faith and not solely for the purpose of delay.  So, with good cause appearing,

      IT IS ORDERED that respondents' motion to extend time **[ECF No. 54] is GRANTED**. Respondents' **deadline to file an answer or other response to the second amended petition for writ of habeas corpus is extended to June 27, 2025.**

_____
U.S. District Judge Jennifer A. Dorsey
April 28, 2025

---

[1] ECF No. 51.

[2] *See* ECF Nos. 44, 53.

[3] ECF No. 54.