**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Donte Johnson, | Case No. 2:18-cv-00740-JAD-NJK |
| Petitioner | |
| v. | **Order Granting Motion to Extend Time** |
| Jeremy Bean, *et al.,* | [ECF No. 54] |
| Respondents | |

Petitioner Donte Johnson, represented by appointed counsel, filed a second amended petition for writ of habeas corpus on December 12, 2024.[1] After a 90-day initial period, a 47-day extension, and a 60-day extension, respondents were due to file an answer or other response to Johnson's second amended petition by June 27, 2025.[2] Respondents move to extend that deadline by another 45 days, to August 11, 2025.[3] Counsel for respondents explains that this extension is necessary because of obligations in other cases and time away from work and that Johnson does not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay, but the court will not be inclined to grant further extensions based on workload. So, with good cause appearing,

IT IS ORDERED that respondents' motion to extend time **[ECF No. 56] is GRANTED**. Respondents' **deadline to file an answer or other response to the second amended petition for writ of habeas corpus is extended to August 11, 2025.**

                                                                                                                                                                                               _____

                                              U.S. District Judge Jennifer A. Dorsey
                                              June 27, 2025

---

[1] ECF No. 51.

[2] *See* ECF Nos. 44, 53, 55.

[3] ECF No. 56.

1