**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Donte Johnson,<br><br>    Petitioner<br><br>v.<br><br>Jeremy Bean, *et al.*,<br><br>    Respondents | Case No. 2:18-cv-00740-JAD-NJK<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 58] |

    Petitioner Donte Johnson, represented by appointed counsel, filed a second amended petition for writ of habeas corpus on December 12, 2024.[1] After a 90-day initial period, a 47-day extension, a 60-day extension, and a 45-day extension, respondents were due to file an answer or other response to Johnson's second amended petition by August 11.[2] Respondents move to extend that deadline by another 45 days, to September 25.[3] Respondents' counsel states that this extension is necessary because of the time it is taking to compile an index of the voluminous record in this case and time away from work, and that Johnson does not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay. So, with good cause appearing,

    IT IS ORDERED that respondents' motion to extend time **[ECF No. 58] is GRANTED**. Respondents' **deadline to file an answer or other response to the second amended petition for writ of habeas corpus is extended to September 25, 2025. No further extensions of this deadline will be granted absent extraordinary circumstances.**

                                                    _____
                                                  U.S. District Judge Jennifer A. Dorsey
                                                  August 8, 2025

---

[1] ECF No. 51.

[2] *See* ECF Nos. 44, 53, 55, 57.

[3] ECF No. 58.