**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Donte Johnson,

    Petitioner

v.

Jeremy Bean, *et al.,*

    Respondents

Case No. 2:18-cv-00740-JAD-NJK

**Order Granting Motion to Extend Time**

[ECF No. 60]

    Petitioner Donte Johnson, represented by appointed counsel, filed a second amended habeas petition on December 12, 2024.[1]  After a 90-day initial period, a 47-day extension, a 60-day extension, and two 45-day extensions, respondents were due to file an answer or other response to Johnson's second amended petition by September 25.[2]  They move to extend that deadline by another 29 days, to October 24,[3] because of a well-publicized problem with the State's computer system, and they represent that Johnson does not oppose the request.  I find that the request is made in good faith and not solely for the purpose of delay, and that the ongoing problem with the State's computer system is an extraordinary circumstance necessitating this extension.  So, with good cause appearing,

    IT IS ORDERED that respondents' motion to extend time **[ECF No. 60] is GRANTED**.  Respondents' **deadline to file an answer or other response to the second amended petition for writ of habeas corpus is extended to October 24, 2025.  No further extension of this deadline will be granted absent extraordinary circumstances.**

                                                _____
                                                U.S. District Judge Jennifer A. Dorsey
                                                September 17, 2025

---

[1] ECF No. 51.

[2] *See* ECF Nos. 44, 53, 55, 57, 59.

[3] ECF No. 60.