# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Donte Johnson,<br><br>   Petitioner<br><br>v.<br><br>Jeremy Bean, *et al.,*<br><br>   Respondents | Case No. 2:18-cv-00740-JAD-NJK<br><br>**Order Granting<br>Motions to Waive LSR 3-3(c)<br>and File Exhibits Under Seal**<br><br>[ECF Nos. 62, 79] |

     Petitioner Donte Johnson, represented by appointed counsel, filed a second amended petition for writ of habeas corpus on December 12, 2024.[1] A not-yet-fully-briefed motion to dismiss that petition is pending,[2] and the respondents move for waiver of Local Rule LSR 3-3(c) (regarding filing of duplicate exhibits).[3] Johnson did not respond to the motion. Because the respondents make a showing of good cause to waive the local rule, I grant the motion.

     Respondents filed a motion for leave of court to file exhibits under seal,[4] and they filed the exhibit in question under seal.[5] Johnson did not respond to this motion either. While there is a strong presumption in favor of public access to judicial filings and while courts prefer that the public retain access to them, a court may seal its records if a party demonstrates "compelling reasons" to do so. "Compelling reasons" exist where the records could be used for improper purposes. The exhibits that respondents propose to file under seal—Exhibits 576r, 576ffff, 576gggg, 576hhhh, 576ggggg, 576hhhhhh, 576iiiiii, 576mmmmmm and 576nnnnnn—include a deposition transcript kept under seal in state court, reports of psychological evaluations of multiple individuals, and presentence investigation reports.[6] In view of the state law regarding

---

[1] ECF No. 51.
[2] ECF No. 81.
[3] ECF No. 62.
[4] ECF No. 79.
[5] ECF No. 80.
[6] *Id.*

1

such materials and the state courts' handling of these exhibits, and considering the nature of the information in the exhibits, I find compelling reasons for the exhibits in question to be filed under seal.

IT IS THEREFORE ORDERED that Respondents' Motion to Waive Compliance with Local Rule LSR 3-3(c) **[ECF No. 62] is GRANTED**.

IT IS FURTHER ORDERED that Respondents' Motion for Leave to File Exhibits under Seal **[ECF No. 79] is GRANTED**.

As the exhibits in question have been filed in a manner consistent with the Court's granting of these motions, no action is necessary on the part of the Clerk of the Court.

_____
U.S. District Judge Jennifer A. Dorsey
November 17, 2025