**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Donte Johnson,<br><br>    Petitioner<br><br>v.<br><br>Jeremy Bean, *et al.,*<br><br>    Respondents | Case No. 2:18-cv-00740-JAD-NJK<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 84] |

    The respondents in this capital habeas corpus action filed a motion to dismiss on October 24, 2025.[1] Petitioner Donte Johnson, represented by appointed counsel, was due to file a response by December 23, 2025.[2] Johnson moves to extend that deadline by 90 days, to March 23, 2026.[3] Johnson's counsel states that this extension is necessary because of obligations in other cases and represents that the respondents do not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay, and that there is good cause for this extension of time.

    IT IS THEREFORE ORDERED that Petitioner's Motion for Extension of Time **[ECF No. 84] is GRANTED**. Petitioner has until **March 23, 2026**, to file a response to the motion to dismiss.

                                            _____
                                            U.S. District Judge Jennifer A. Dorsey
                                            December 28, 2025

---

[1] ECF No. 81.

[2] *See* ECF No. 44.

[3] ECF No. 84.