**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Donte Johnson, | Case No. 2:18-cv-00740-JAD-NJK |
| Petitioner | |
| v. | **Order Granting Motion to Extend Time** |
| Jeremy Bean, *et al.,* | [ECF No. 88] |
| Respondents | |

The respondents in this capital habeas corpus action filed a motion to dismiss on October 24, 2025.[1] After a 60-day initial period, a 90-day extension, and a 60-day extension, Petitioner Donte Johnson, represented by appointed counsel, was due to file a response to the motion to dismiss by May 22, 2026.[2] Johnson moves to extend that deadline by another 60 days, to July 21, 2026.[3] Johnson's counsel states that this extension is necessary because of obligations in other cases and represents that the respondents do not oppose the request. I find that the request is made in good faith and not solely for the purpose of delay, and that there is good cause for this extension of time.

IT IS THEREFORE ORDERED that Petitioner's Motion for Extension of Time **[ECF No. 88] is GRANTED**. Petitioner has until **July 21, 2026**, to file a response to the motion to dismiss.

_____

U.S. District Judge Jennifer A. Dorsey

June 9, 2026

---

[1] ECF No. 81.
[2] *See* ECF Nos. 44, 85, 87.
[3] ECF No. 88.

1