**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Donte Johnson,

Petitioner

v.

Jeremy Bean, *et al.*,

Respondents

Case No. 2:18-cv-00740-JAD-NJK

**Order Granting Motion to Extend Time**

[ECF No. 91]

The respondents in this capital habeas corpus action filed a motion to dismiss on October 24, 2025.[1] After a 60-day initial period, a 90-day extension, and two 60-day extensions, Petitioner Donte Johnson, represented by appointed counsel, was due to file a response to the motion to dismiss by July 21, 2026.[2] Johnson moves to extend that deadline by another 41 days, to August 31, 2026.[3] Johnson's counsel states that this extension is necessary because of obligations in other cases and represents that the respondents do not oppose the request.[4] Counsel states that "no further extensions are contemplated."[5] I find that the request is made in good faith and not solely for the purpose of delay, and that there is good cause for this extension of time.

IT IS THEREFORE ORDERED that Petitioner's Motion for Extension of Time **[ECF No. 91] is GRANTED**. Petitioner has until and including **August 31, 2026**, to file a response to the motion to dismiss.

U.S. District Judge Jennifer A. Dorsey
July 27, 2026

[1] ECF No. 81.

[2] *See* ECF Nos. 44, 85, 87, 90.

[3] ECF No. 91.

[4] *Id*. at 3–4.

[5] *Id*. at 4.