**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Donte Johnson,<br><br>Petitioner<br><br>v.<br><br>Jeremy Bean, et al.,<br><br>Respondents | Case No: 2:18-cv-00740-JAD-NJK<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 97] |

The respondents move to extend time to file their reply in support of their motion to dismiss the second amended petition for a writ of habeas corpus.[1] Respondents' counsel indicates that the petitioner's counsel does not object to the requested extension. I find that the respondents' motion is made in good faith and not solely for the purpose of delay.[2] So with good cause appearing,

IT IS ORDERED that the respondents' motion to extend time **[ECF No. 97] is GRANTED. The respondents' reply in support of the motion to dismiss the petitioner's second amended habeas petition (ECF No. 51) is due by November 16, 2026.** In all other respects, the schedule set forth in the order of June 12, 2024,[3] remains in effect.

U.S. District Judge Jennifer A. Dorsey
September 18, 2026

[1] ECF No. 97.

[2] *See* Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1.

[3] ECF No. 44.