# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Donte Johnson,

Petitioner,

v.

Jeremy Bean, et al.,

Respondents.

Case No: 2:18-cv-00740-JAD-NJK

**Order Granting Unopposed Motion for Extensions of Time**

[ECF No. 99]

The respondents filed a motion seeking an extension of time to file their reply in support of their motion to dismiss the second amended petition for a writ of habeas corpus[1] and their oppositions to the petitioner's motions for an evidentiary hearing[2] and for leave to conduct discovery.[3] The respondents' counsel indicates that the petitioner's counsel does not object to the requested extension. I find that the respondents' motion is made in good faith and not solely for the purpose of delay.[4] So, with good cause appearing,

IT IS ORDERED that the respondents' motion to extend time **[ECF No. 99] is GRANTED.** The respondents' reply in support of the motion to dismiss the petitioner's second amended habeas petition (ECF No. 51) and their oppositions to the petitioner's motions for an evidentiary hearing and for leave to conduct discovery are **due by December 31, 2026**. In all other respects, the schedule set forth in the order of June 12, 2024,[5] remains in effect.

U.S. District Judge Jennifer A. Dorsey
November 16, 2026

---

[1] ECF No. 99.

[2] ECF No. 95

[3] ECF No. 96.

[4] *See* Fed. R. Civ. P. 6(b); D. Nev. LR IA 6-1.

[5] ECF No. 44.